Alva G. BLANCHARD, Appellant, v. J. L. PINKERTON, Inc., and J. L. Pinkerton, Appellees.

No. 11991.

United States Court of Appeals
Ninth Circuit.

March 18, 1949.

Hamer H. Jamieson, of Los Angeles, Cal., for appellant.

Fulwider & Mattingly, of Los Angeles, Cal., for appellees.

Before MATHEWS, HEALY, and BONE, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, 77 F.Supp. 861, the judgment of the District Court is affirmed.

HAMILTON FOODS, Inc., a Corporation, Appellant, v. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, a Corporation, and Jack Belyea, Doing Business as Refrigerated Express Company, Appellee.

ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, a Corporation, Appellant, v. HAMILTON FOODS, Inc., a Corporation, Appellee.

No. 11961.

United States Court of Appeals
Ninth Circuit.

Feb. 11, 1949.

Writ of Certiorari Denied May 31, 1949.
See 69 S.Ct. 1158.

Albert H. Allen and Hyman Goldman, both of Beverly Hills, Cal., for appellant Hamilton Foods.

Robert W. Walker and Louis M. Welsh, both of Los Angeles, Cal., for appellant Atchison, Topeka & Santa Fe Ry. Co.

Before STEPHENS, HEALY, and ORR, Circuit Judges.

PER CURIAM.

This case was tried to the judge without the aid of a jury and, upon a thorough review of the evidence, we find substantial evidence to support the findings and we cannot say that there is clear error in the case. Rule 52(a), Rules of Civil Procedure, 28 U.S.C.A. The judgment as to the appeal in Hamilton Foods, Inc., v. Atchison, Topeka & Santa Fe Railway Company, and Jack Belyea etc., and the judgment as to the cross-appeal in Atchison, Topeka & Santa Fe Railway Company v. Hamilton Foods, Inc., 83 F.Supp. 478, are affirmed.